**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **LASHONDA CORLEY,** )<br>)<br>      **Plaintiff,**      )<br>)<br>**v.**            )       **NO. 3:17-cv-01211**<br>)<br>**DENTAL BLISS, et al.,**   )<br>)<br>      **Defendants.**      ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 47) recommending that the Defendants' Motion for Judgment on the Pleadings (Doc. No. 38) be granted in part and denied in part. The Magistrate Judge recommends that the individual defendants (Michael Atchley, Susan Couzens, and Chris Mahan) be dismissed from the action because Corley's Title VII and Age Discrimination in Employment Act of 1967 claims cannot be pursued against individual defendants. (Doc. No. 47 at 6-7.) However, the Magistrate Judge recommends that Corley's claims be allowed to continue against the corporate defendants (Dental Bliss and 1 Mosaic, Inc.) because she has presented specific and detailed allegations sufficient to support a reasonable inference that the Defendants discriminated against her because of her race and age. (Id. at 8.) No objections have been filed to the Magistrate Judge's Report and Recommendation.

Upon *de novo* review in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the Magistrate Judge's Report and Recommendation is **APPROVED AND ADOPTED**, the Defendants' Motions for Judgment

on the Pleadings (Doc. No. 38) is **GRANTED IN PART AND DENIED IN PART**, and Atchley,

Couzens, and Mahan are hereby **DISMISSED** from this action.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE